UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HODA SAMUEL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | No. 2:18-cv-01739 MCE DB P<br><br>ORDER |

    Plaintiff, a federal prisoner proceeding pro se with a claim under the Federal Tort Claims Act ("FTCA"), 29 U.S.C. §§ 1346(b), 1402(b), 2401(b), and 2671-2680. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On December 26, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 43.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 47.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 26, 2019, are adopted in full; and

2. Defendant's motion to dismiss (ECF No. 27) is granted.

IT IS SO ORDERED.

Dated: March 10, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE